IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Blaney Jr, Thomas F | Case Number:  06 B 12895 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  2/5/08 | Filed:  10/10/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  December 12, 2007
Confirmed: November 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,015.50 | |
| Secured: | | 851.97 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,574.00 |
| Trustee Fee: | | 187.98 |
| Other Funds: | | 401.55 |
| Totals: | 4,015.50 | 4,015.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,574.00 | 2,574.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Amerifirst Home Improvement Finance | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 5. | Oak Village 15 Condo Assoc. | Secured | 1,830.44 | 494.16 |
| 6. | America's Servicing Co | Secured | 8,665.84 | 357.81 |
| 7. | Prairie Trail Credit Union | Unsecured | 89.69 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 48.57 | 0.00 |
| 9. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 10. | Sears Logistic Services | Unsecured | | No Claim Filed |
| 11. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 12. | Home Depot | Unsecured | | No Claim Filed |
| 13. | CAB Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,208.54 | $ 3,425.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 64.25 |
| 5.4% | 123.73 |
| | _____ |
| | $ 187.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Blaney Jr, Thomas F

Printed:  2/5/08

Case Number:  06 B 12895
Judge:  Goldgar, A. Benjamin
Filed:  10/10/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

